**Order filed April 8, 2014.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-14-00145-CV**

————————

**TEXAS G&S INVESTMENTS, INC. D/B/A TEXAS MONEY EXCHANGE,**
**Appellant**

**V.**

**CONSTELLATION NEWENERGY, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1023611**

---

# O R D E R

According to information provided to this court, this is an appeal from a judgment signed November 25, 2013. The court was also notified that an untimely motion to set aside the default judgment was filed on January 29, 2014, and a motion consider the post-judgment motion as timely was filed on January 31, 2014. *See* Tex. R. Civ. P. 306a. The court has not been advised whether the motion

to deem the post-judgment motion timely was granted. If the motion was not granted, appellant's notice of appeal is untimely. *See* Tex. R. App. P. 26.1.

No clerk's record has been filed. On March 10, 2014, the clerk responsible for preparing the record advised this court that appellant had not paid for preparation of the record. On March 11, 2014, this court notified appellant that unless it paid for preparation of the record and provided this court with proof thereof on or before March 26, 2014, the court would consider dismissing the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Unless appellant files a response to this order on or before **April 21, 2104,** demonstrating payment for preparation of the clerk's record and that this court has jurisdiction over this appeal, the court will dismiss the appeal. *See* Tex. R. App. P. 37.3(b); 42.3.

PER CURIAM